

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2018

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Lamont Evans et al., 17 Cr. 684 (ER)

Dear Judge Ramos:

    A status conference in the above-referenced matter is currently scheduled for 10:00 a.m. on February 15, 2018. The Government writes, with the consent of all defendants, to request that the status conference be rescheduled until 2:30 p.m. or after on February 15, 2018. The Government makes this request because oral argument is presently scheduled in the case of *United States* v. *Gatto et al.*, 17 Cr. 686 (LAK), at 9:30 a.m. on February 15, 2018 before Judge Kaplan. The attorneys for the Government in the case before Your Honor and the *Gatto* case are the same, and the attorneys representing defendants Dawkins and Code are also the same in both cases.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    _____
    Edward B. Diskant/ Noah Solowiejczyk
    Robert Boone/ Eli Mark / Aline Flodr/
    Assistant United States Attorneys
    (212) 637-2473/2208/2294/1110

cc: All defense counsel (by email and ECF):