USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/26/2018__



HANEY LAW GROUP, PLLC
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

February 26, 2018

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York 10007-1312

The application is __X__ granted
                    ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __2/26/2018__
New York, New York

Re:   United States v Evans et al
      Case Number: 17-cr-00684-ER
      Re: Christian Dawkins

Dear Judge Ramos:

I represent Christian Dawkins ("Mr. Dawkins") in the above-captioned matter.  I write to respectfully request ask the Court to waive Mr. Dawkins's appearance at the February 28, 2018 11:30 a.m. conference, which was scheduled by Your Honor on Friday, February 23, 2018.  We make this request due to the financial hardship last minute travel would incur as to Mr. Dawkins, who lives in Ohio.  Judge Kaplan has excused Mr. Dawkins and the other co-defendants in the *United States v James Gatto*, et al. (17 Cr. 868) from attendance at the conference called by him for 10:30 a.m. on February 28, 2018.

Regardless of Your Honor's ruling on this request, I will be in attendance on the conference on Mr. Dawkin's behalf.

Thank you for your consideration in this matter.

Very truly yours,
HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law