

**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

February 28, 2018

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York 10007-1312

      Re:    United States v Evans et al
             Case Number: 17-cr-00684-ER
             Re: Christian Dawkins

Dear Judge Ramos:

The following is the stipulated travel plans for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

| | |
|---|---|
| **Friday, March 2, 2018:** | Traveling Via Automobile<br>Depart Cleveland, OH<br>Arrive in Detroit, MI |
| Reason: | Attorney/Client Meeting(s) |
| Hotel Information: | Marriott<br>400 Renaissance Drive, Detroit, Michigan 48243<br>(313) 568-8000 |
| **Sunday, March 4, 2018:** | Traveling Via Automobile<br>Depart Detroit, MI<br>Arrive in Cleveland, OH |

The Honorable Edgardo Ramos
United States District Judge
February 28, 2018
Page 2

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:    All Attorneys of Record - via U.S. Court e-filing system
       Kara Cabanaes, U.S. Pretrial Services and Probation Officer
       via email @ Kara_Cabanaes@ohnp.uscourts.gov