USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/24/2018



**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

May 23, 2018

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York 10007-1312

    Re:    United States v Evans et al
            Case Number: 17-cr-00684-ER
            Re: Christian Dawkins

The application is ✓ granted.
                __ denied.

_____
Edgardo Ramos, U.S.D.J.
Dated: 5/24/18
New York, New York 10007

Dear Judge Ramos:

The following is the stipulated travel plans for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

| | |
|---|---|
| **Tuesday, May 29, 2018:** | Traveling from Cleveland, OH to New York, NY<br>Depart Cleveland, OH - Tuesday, May 29th<br>Delta Flight # 5557 @ 6:40 am<br>Arrive in New York, NY @ 8:29 am |
| Reason: | Meeting with Sonya Vaughn, Production Companies |
| Hotel Information: | Hotel 50 Bowery NYC<br>50 Bowery, New York, NY<br>(212) 508-8000 |
| **Thursday, May 31, 2018:** | Traveling from New York, NY to Cleveland, OH<br>Depart New York, NY - Thursday, May 31, 2018<br>Delta Flight # 5579 @ 7:05 pm<br>Arrive in Cleveland, OH @ 9:10 pm |

The Honorable Lewis A. Kaplan
United States District Judge
May 23, 2018
Page 2

| | |
|---|---|
| **June 15, 2018:** | Traveling from Cleveland, OH to Los Angeles, CA<br>Depart Cleveland, OH - June 15th<br>United Flight # 353 @ 7:30 pm<br>Arrive in Los Angeles, CA |
| Reason: | Record deal opportunities for music artists managed |
| Hotel Information: | Marriott, LA Live<br>900 W. Olympic Blvd., Los Angeles, CA<br>(213) 765-8600 |
| **Wednesday, June 20, 2018:** | Traveling from Los Angeles, CA to Cleveland, OH<br>Depart Los Angeles, CA - Wednesday, June 20, 2018<br>United Flight # 1786 @ 10:30 pm<br>Arrive in Cleveland, OH @ 5:59 am |

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:   All Attorneys of Record - via U.S. Court e-filing system
      Kara Cabanaes, U.S. Pretrial Services and Probation Officer
      via email @ Kara_Cabanaes@ohnp.uscourts.gov