

HANEY LAW GROUP, PLLC
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

July 11, 2018

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York 10007-1312

    Re:    United States v Evans et al
             Case Number: 17-cr-00684-ER
             Re: Christian Dawkins Re Travel Plans (7th)

Dear Judge Ramos:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

    **Friday, July 13, 2018**
    Depart: Cleveland, OH (Delta Flight 2760) at 5:50 am
    Arrive: Detroit, MI at 6:41 am
    Depart: Detroit, MI (Delta Flight 1706) at 7:15 am
    Arrive: Los Angeles, CA at 8:57 am

    **Hotel**: Residence Inn by Marriott, Los Angeles, LA Live
    901 W. Olympic Blvd, Los Angeles, CA 90015
    (213) 443-9200

    **Reason**: Family travel plans and meeting for potential professional opportunities.

The Honorable Edgardo Ramos
United States District Judge
July 11, 2018
Page 2.

<u>Tuesday, July 17, 2018</u>
Depart: Los Angeles, CA (Delta Flight 1913) at 10:55 am
Arrive: Cleveland, OH at 6:19 pm

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc: All Attorneys of Record - via U.S. Court e-filing system
Kara Cabanaes, U.S. Pretrial Services and Probation Officer
via email @ Kara_Cabanaes@ohnp.uscourts.gov