## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,                          :
                                                   :   Case No. 17-cr-00684-ER
        v.                                         :
                                                   :   ECF Case
LAMONT EVANS,                                      :
EMANUEL RICHARDSON, a/k/a "Book,"                  :   NOTICE OF DEFENDANTS'
ANTHONY BLAND, a/k/a "Tony,"                       :   JOINT MOTION TO
CHRISTIAN DAWKINS, and                             :   SUPPRESS WIRETAP
MERL CODE,                                         :   EVIDENCE
                                                   :
                Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the exhibits attached thereto, Defendants Lamont Evans, Emanuel "Book" Richardson, Anthony "Tony" Bland, Christian Dawkins, and Merl Code, by their undersigned attorneys, shall move before the Honorable Edgardo Ramos of the United States District Court for the Southern District of New York, at the U.S. Courthouse located at 40 Foley Square, New York, New York, for an Order granting Defendants' Motion to Suppress (1) all communications intercepted pursuant to orders issued on April 7, 2017, May 5, 2017, June 19, 2017, July 19, 2017, August 7, 2017, August 22, 2017, August 30, 2017, and September 20, 2017; and (2) all evidence derived therefrom; as per the following schedule set by the Court:

- All motions by Defendants other than motions addressed to the indictment shall be filed on or before December 3, 2018;

- Answering papers by the Government, if any, shall be filed on or before January 14, 2019;

- Reply papers by Defendants, if any, shall be filed on or before February 4, 2018.

Dated:   New York, New York
         December 3, 2018

**NEXSEN PRUET LLC**

By: /s/ Mark. C. Moore
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211
*Attorneys for Defendant Merl Code*

**HANEY LAW GROUP PLLC**

By: /s/ Steven A. Haney
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470
*Attorneys for Defendant Christian Dawkins*

**BARNES AND THORNBURG, LLP**

By: /s/ William R. Martin
William R. Martin
1717 Pennsylvania Ave
Suite 500
Washington, DC 20006
(202) 465-8422
*Attorneys for Defendant Lamont Evans*

**LAW OFFICES OF JEFFREY LICHTMAN**

By: /s/ Jeffrey B. Einhorn
Jeffrey B. Einhorn
Jeffrey Lichtman
11 E. 44th Street, Ste. 501
New York, New York 10017
(212) 581-1001
*Attorneys for Defendant Anthony "Tony" Bland*

**MORDOCK BARBER, LLC**

By: /s/ Craig J. Mordock
Craig J. Mordock
7611 Maple Street, Suite A3
New Orleans, Louisiana 70118
(504) 304-2335
*Attorneys for Defendant Emanuel "Book" Richardson*