

**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

March 13, 2019

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York 10007-1312

    Re:    United States v Evans et al
           Case Number: 17-cr-00684-ER
           Re: Christian Dawkins Re Travel Plans (9th)

Dear Judge Ramos:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

**Thursday, March 14, 2019:**

**Drive from Cleveland, Ohio to Lansing, Michigan**
**Hotel:** Homewood Suites, 2201 Showtime Drive, Lansing, Michigan 48912
**Reason:** Visit family and meetings with lawyer

**Monday, March 18, 2019:**

**Depart DTW, Michigan at 12:35 pm (Delta Flight #2787)**
**Arrive into LAX, California at 2:34 pm**

**Hotel:** Luxe Hotel, 360 N. Rodeo Drive, Beverly Hills, CA 90210
**Reason:** Work related

The Honorable Edgardo Ramos
United States District Judge
March 12, 2019
Page 2.

**Monday, April 1, 2019:**

Depart LAX, California at 10:34 pm (United Flight #1786)
Arrive into Cleveland, Ohio at 6:00 am

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:   All Attorneys of Record - via U.S. Court e-filing system
      Kara Cabanaes, U.S. Pretrial Services and Probation Officer
      via email @ Kara_Cabanaes@ohnp.uscourts.gov