

**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

April 9, 2019

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York 10007-1312

    Re:    United States v Evans et al
           Case Number: 17-cr-00684-ER
           Re: Christian Dawkins Re Travel Plans (10th)

Dear Judge Ramos:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

**Thursday, April 11, 2019:**

**Depart Cleveland, OH at 12:25 pm (Delta Flight #3810)**
**Arrive into Detroit, MI at 1:16 pm**
**Hotel: Westin, 1500 Town Center, Southfield, Michigan 48075**
**Reason:** Visit family and meetings with lawyer

**Sunday, April 14, 2019:**

**Depart DTW, Michigan at 5:40 pm (Delta Flight #2752)**
**Arrive into LAX, CA at 7:37 pm**
**Hotel: Montrose, 900 Hammond Street, West Hollywood, CA 90069**
**Reason:** Work related

The Honorable Edgardo Ramos
United States District Judge
April 8, 2019
Page 2.

**Saturday, April 20, 2019:**

Depart LAX, California at 2:20 pm (Delta Flight #1651)
Arrive into New York, NY at 10:51 am
Hotel: 50 Bowery, 50 Bowery Street, New York, NY 10013
Reason: Trial

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc: All Attorneys of Record - via U.S. Court e-filing system
Kara Cabanaes, U.S. Pretrial Services and Probation Officer
via email @ Kara_Cabanaes@ohnp.uscourts.gov