

**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
(248) 414-1470
steve@haneygroup.net

May 16, 2019

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York 10007-1312

    Re:    United States v Evans et al
            Case Number: 17-cr-00684-ER
            Re: Christian Dawkins Re Travel Plans (11th)

Dear Judge Ramos:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

**Friday, May 17, 2019:**

**Depart Cleveland, OH at 7:30 am (United Flight #1977)**
**Arrive into Los Angeles, CA at 9:39 am**
**Residence:** 753 Lillian Way, #4, Los Angeles, California 90038
**Reason:** Work related: A contract work assignment with employment opportunity coordinated for me by my attorney working in the music industry.

**Thursday, August 1, 2019:**

**Depart Los Angeles, CA at 10:55 pm (United Flight #1786)**
**Arrive into Cleveland, OH at 6:23 am**

The Honorable Edgardo Ramos
United States District Judge
May 16, 2019
Page 2.

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:     All Attorneys of Record - via U.S. Court e-filing system
        Kara Cabanaes, U.S. Pretrial Services and Probation Officer
        via email @ Kara_Cabanaes@ohnp.uscourts.gov