

HANEY LAW GROUP, PLLC
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

August 19, 2019

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York  10007-1312

  Re: United States v Evans et al
     Case Number:  17-cr-00684-ER
     Re: Christian Dawkins Re Travel Plans & Residence

Dear Judge Ramos:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

**Wednesday, August 21, 2019:**

**Depart Los Angeles, LAX at 8:15 am (United Flight #2418)**
**Arrive into EWR at 4:23 pm**
**Hotel:  Novotel, 226 W 52nd Street, New York, NY  10019**
**Reason: Work related.**

**Saturday, August 24, 2019:**

**Depart EWR at 7:00 am (United Flight #240)**
**Arrive into Los Angels, LAX at 9:45 am**

The Honorable Edgardo Ramos
United States District Judge
August 19, 2019
Page 2.

Additionally, we have sought concurrence from Pretrial Services, along with the Government for Mr. Dawkins' permanent residence to be *transferred* to his existing residence same being:

> **Christian Dawkins**
> **753 Lillian Way, #4**
> **Los Angeles, California  90038.**

The basis for this request is due to the recent displacement of his family from Cleveland, Ohio, thereby necessitating his permanent residence at the above-entitled address. Both Pretrial Services and the Government have no objections.

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:   All Attorneys of Record - via U.S. Court e-filing system
      Francesca Tessier-Miller, U.S. Pretrial Services Officer Assistant
      via email @ francesca_tessier-miller@nyspt.uscourts.gov