

HANEY LAW GROUP, PLLC<br>
3000 Town Center, Ste. 2570<br>
Southfield, Michigan  48075<br>
(248) 414-1470<br>
steve@haneygroup.net

October 16, 2019

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York  10007-1312

   Re: United States v Evans et al
      Case Number: 17-cr-00684-ER
      Re: Christian Dawkins Proposed Travel Plans

Dear Judge Ramos:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

  Thursday, October 17, 2019
  Depart LAX at 12:07 pm (Delta Flight #758)
  Arrive ABIA at 5:11 pm
  Residence: 615 W. 7th Street, Austin, Texas  78701
  Reason: Work related

  Saturday, October 19, 2019
  Depart ABIA at 3:00 pm (Delta Flight #1854)
  Arrive LAX at 4:18 pm
  Reason: Returning home

  Monday, October 21, 2019
  Depart LAX at 12:50 pm (Delta Flight #468)
  Arrive JFK at 9:26 pm
  Hotel: Westin Times Square, 270 W. 43rd Street, New York  10036
  Reason: Work related

The Honorable Edgardo Ramos
United States District Judge
October 16, 2019
Page 2.

    Wednesday, October 23, 2019
    Depart JFK at 4:31 pm (Delta Flight #1169)
    Arrive ATL at 7:05 pm
    Hotel: Hilton, 255 Courtland St., NE, Atlanta, Georgia 30303
    Reason: Work related

    Sunday, October 27, 2019
    Depart ATL at 12:30 pm (Delta Flight #1944)
    Arrive LAX at 2:12 pm
    Reason: Returning home

    Friday, November 22, 2019
    Depart LAX at 9:59 am (Delta Flight #2658)
    Arrive Salt Lake, Utah at 12:52 pm
    Depart Salt Lake, Utah at 1:45 pm (Delta Flight 4008)
    Arrive Tulsa, OK at 5:12 pm
    Residence: 743 Capitol Place, Muskogee, OK 74401
    Reason: Family Thanksgiving

    Saturday, November 30, 2019
    Depart Tulsa, OK at 5:46 pm (Delta Flight #4008)
    Arrive Salt Lake, Utah at 7:41 pm
    Depart Salt Lake, Utah at 8:18 pm (Delta Flight #1211)
    Arrive LAX at 9:20 pm
    Reason: Returning home

    Tuesday, December 10, 2019
    Depart LAX at 10:45 pm (Delta Flight #2338)
    Arrive Honolulu at 2:42 pm
    Hotel: Alohilani Resort, 2490 Kalakaua Avenue, Honolulu, Hawaii 96815
    Reason: Work Related

    Sunday, December 15, 2019
    Depart Honolulu at 11:00 am (Delta Flight #0184)
    Arrive LAX at 6:31 pm
    Reason: Returning home

The Honorable Edgardo Ramos
United States District Judge
October 16, 2019
Page 3.

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:     All Attorneys of Record - via U.S. Court e-filing system
        Francesca Tessier-Miller, U.S. Pretrial Services Officer Assistant
        via email @ francesca_tessier-miller@nyspt.uscourts.gov