USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/7/19

279

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      -v.-                                :

CHRISTIAN DAWKINS and             :        **Verdict Sheet**
MERL CODE,                                    S1 17 Cr. 684 (ER)
                                  :
      Defendants.
                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PLEASE CHECK (√) EACH ANSWER
### The Jury's verdict must be unanimous on each question

**COUNT ONE:**     **Conspiracy to Commit Bribery**

As to Count One, how do you find the defendant, CHRISTIAN DAWKINS, guilty or not guilty?

    GUILTY  __X__           NOT GUILTY _____

As to Count One, how do you find the defendant, MERL CODE, guilty or not guilty?

    GUILTY  __X__           NOT GUILTY _____

**COUNT TWO:**     **Bribery**

As to Count Two, how do you find the defendant, CHRISTIAN DAWKINS, guilty or not guilty?

    GUILTY  __X__           NOT GUILTY _____

As to Count Two, how do you find the defendant, MERL CODE, guilty or not guilty?

    GUILTY  _____          NOT GUILTY __X__

COUNT THREE:        **Conspiracy to Commit Honest Services Wire Fraud**

As to Count Three, how do you find the defendant, CHRISTIAN DAWKINS, guilty or not guilty?

      GUILTY _____        NOT GUILTY __X__

As to Count Three, how do you find the defendant, MERL CODE, guilty or not guilty?

      GUILTY _____        NOT GUILTY __X__


COUNT FOUR:        **Honest Services Wire Fraud – Lamont Evans**

As to Count Four, how do you find the defendant, CHRISTIAN DAWKINS, guilty or not guilty?

      GUILTY _____        NOT GUILTY __X__


COUNT FIVE:        **Honest Services Wire Fraud – Emanuel Richardson**

As to Count Five, how do you find the defendant, CHRISTIAN DAWKINS, guilty or not guilty?

      GUILTY _____        NOT GUILTY __X__

COUNT SIX:          **Conspiracy to Violate the Travel Act**

As to Count Six, how do you find the defendant, CHRISTIAN DAWKINS, guilty or not guilty?

    GUILTY _____          NOT GUILTY __X__

As to Count Six, how do you find the defendant, MERL CODE, guilty or not guilty?

    GUILTY _____          NOT GUILTY __X__

**[Proceed to sign the verdict sheet.]**

Dated: New York, New York
       May 8, 2019

_____
Signature of Foreperson

_Chloe Demnovsky_
Print name

[intentionally left blank]