

HANEY LAW GROUP, PLLC
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

January 30, 2020

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York  10007-1312

      Re:    United States v Evans et al
              Case Number:  17-cr-00684-ER
              Re: Christian Dawkins Proposed Travel Plans

Dear Judge Ramos:

The following are the travel plans hereby stipulated to by the parties for my client, Christian Dawkins, for which we respectfully seek an Order from the Court:

Saturday, February 1, 2020
Depart New York at 2:59 pm (Delta Flight #1992)
Arrive Atlanta at 5:34 pm
Hotel:  Nuovo, 396 Piedmont Avenue NE, Atlanta, GA  30308
Reason:  Work Related

Wednesday, February 5, 2020
Depart Atlanta at 11:30 am (Delta #2418)
Arrive New York at 1:40 pm
Hotel:  Dream, 355 W. 16th Street, New York, NY  10011
Reason:  Work Related

Thursday, February 6, 2020
Depart New York at 9:50 pm (Delta #454)
Arrive into Los Angeles at 12:51 am
Reason:  Return Home

The Honorable Edgardo Ramos
United States District Judge
January 30, 2020
Page 2.

> Tuesday, March 17, 2020
> Leave Los Angeles @ 5:59 (Delta #1246)
> Arrive Austin @ 10:55 pm
> Hotel:  Hilton, 500 E 4th Street, Austin, Texas   78701
> Reason:   Work Related
>
> Friday, March 20, 2020
> Leave Austin @ 7:05 am (Delta #2929)
> Arrive Los Angeles @ 8:35 am
> Reason: Return Home
>
> Friday, May 15, 2020
> Leave Los Angeles @ 5:00 pm (Delta #1901)
> Arrive Atlanta @ 12:18 am
> Apartment:  Nuovo, 396 Piedmont Avenue, Atlanta, GA  30308
> Reason:   Sister's Graduation from Spelman College
>
> Wednesday, May 20, 2020
> Leave Atlanta @ 9:35 pm
> Arrive Los Angeles @ 11:34 pm
> Reason:  Return Home

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

cc:    All Attorneys of Record - via U.S. Court e-filing system
       Francesca Tessier-Miller, U.S. Pretrial Services Officer Assistant
       via email @ francesca_tessier-miller@nyspt.uscourts.gov