

**HANEY LAW GROUP, PLLC**
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

August 21, 2020

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York  10007-1312

> Re:   United States v Evans et al
>        Case Number:  17-cr-00684-ER
>        Re: Christian Dawkins Proposed Travel Plans

Dear Judge Ramos:

The following is a proposed relocation of residence hereby stipulated to by the parties, as well as pretrial services, for my client Christian Dawkins, for which we respectfully seek an Order from the Court approving such request:

> <u>Current Address</u>:
> 753 Lillian Way #4
> Los Angeles, CA   90038
>
> <u>Relocation Address</u>:
> 774 Aerial Way
> Atlanta, GA  30312
> *<u>Proposed move date</u>*:   September 1, 2020.

Thank you for your consideration of this matter.

Very truly yours,
HANEY LAW GROUP, PLLC
<u>/s/ Steven A. Haney</u>
Steven A. Haney, Sr.
Attorney at Law
cc:   All Attorneys of Record - via U.S. Court e-filing system
       Francesca Tessier-Miller, U.S. Pretrial Services Officer Assistant
       via email @ francesca_tessier-miller@nyspt.uscourts.gov