USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/21/2021__

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2021

**MEMO ENDORSED**

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is __X__ granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __12/21/2021__
> New York, New York

Re:   *United States v. Evans et al.,* 17 Cr. 684 (ER)

Dear Judge Ramos:

The Government writes to request that the Court set the following surrender dates for defendants Christian Dawkins and Merl Code to begin serving their sentences, in light of the Supreme Court's denial of the defendants' petition for a writ of certiorari in the related case of *United States v. Gatto, et al.*, 17 Cr. 686 (LAK).

- Christian Dawkins: Surrender Date of March 1, 2022
- Merl Code: Surrender Date of February 18, 2022

The defendants, through their respective defense counsel, consent to these surrender dates, which will permit the Bureau of Prisons to assign the defendants a facility to serve their sentence and permit the defendants time to get their affairs in order.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s Eli J. Mark
Noah Solowiejczyk
Eli J. Mark
Assistant United States Attorneys
(212) 637-2473/2431

cc: Defense counsel (by ECF)