HANEY LAW GROUP, PLLC
22815 Kelly Road
Eastpointe, Michigan  48021
(248) 414-1470

steve@haneygroup.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: ___2/7/2022___

February 4, 2022

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York  10007-1312

   Re: United States v Evans et al
     Case Number:  17-cr-00684-ER
     Re: Facility Designation, Christian Dawkins

Dear Judge Ramos:

As Mr. Dawkins currently resides in Atlanta, Georgia, he respectfully requests this Honorable Court designate the following prison facility for his March 1st, 2022 surrender date for the reason it is most amenable for family visits:

  Federal Prison Camp at Montgomery
  Maxwell Air Force Base
  Montgomery, AL   36112

Thank you for your consideration in this matter.

Very truly yours,

HANEY LAW GROUP, PLLC

/s/ Steven A. Haney
Steven A. Haney, Sr.
Attorney at Law

 cc: All Attorneys of Record - via U.S. Court e-filing system
   Madalyn Toledo, U.S. Pretrial Services Officer Assistant
   via email @ madalyn_toledo@nyspt.uscourts.gov

---

The Court cannot designate. Accordingly, an amended judgment recommending the facility you requested will issue.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:   2/7/2022
New York, New York