USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: \_\_3/1/2022\_\_

**HANEY LAW GROUP, PLLC**
(248) 414-1470
steve@haneygroup.net

**MEMO ENDORSED**

February 28, 2022

> The government is directed to respond by March 15, 2022. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: \_\_\_3/1/2022\_\_\_\_\_
> New York, New York

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York  10007-1312

      Re:    United States v Evans et al
                Case Number:  17-cr-00684-ER
                Re: Christian Dawkins

Dear Judge Ramos:

As this Honorable Court is no doubt aware of the entirety of the facts and circumstance of this case, we will refrain from any recitation, but emphasize the facts most germane to the request now being made of this Court.

In July of 2017, during the midst of undercover efforts of a very poorly plotted federal bribery case, Federal agents moved operations to Las Vegas, Nevada. Ultimately, the trappings of Sin City were too much to handle for a number of the federally employed case agents, in fact almost all of the agents, as it was determined that 80% of the case agents assigned to the infamous college basketball bribery case had either committed crimes, or acted, by the Government's loose definition, "improperly".

In the Government's Motion in Limine, filed immediately prior to trial, it was referenced specifically that one subsequently fired case agent assigned to the operation, along with essentially the Officer in Charge of the entire mission, "misused FBI funds." The "misuse" was vaguely described that the agents were known to have gambled and obtained "certain food and beverages" during the performance of their duties as FBI agents. Not just in their professional capacity, but in direct connection with their undercover efforts associated with this case.

Certainly one would be naive to believe such lack of professional control was limited to ingesting a hot dog and a coke, or playing a penny slot with taxpayer dollars, but despite requests for specifics, the Government steadfastly refused to disclose the breadth of the FBI agents' gluttony, or provide any information other than vague generalities, which they couched as "alleged misconduct."