

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2022

**By Email**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The application is   X    granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 03/14/2022
New York, New York

Re:   *United States v. Evans et al.*,
      No. 17 Cr. 684 (ER)

Dear Judge Ramos:

The Government respectfully writes in the above-captioned matter, in advance of the deadline of Tuesday, March 15, 2022, to file a response to defendant Christian Dawkins's motion for a new trial, pursuant to Federal Rules of Criminal Procedure Rule 33, arising from former FBI Special Agent Scott Carpenter's recent guilty plea to misappropriation of Government funds.  In response to the motion, the Government intends to refer to the Court's prior Opinion and Order, dated April 21, 2019, filed under seal, granting the Government's motion *in limine* to preclude evidence of alleged misconduct.  In light of Carpenter's guilty plea, continued sealing of the Opinion and Order is no longer necessary, although limited redactions of the names of other uncharged FBI agents is appropriate.  *See United States v. Amodeo*, 71 F.3d 1044, 1050-52 (2d Cir. 1995).  Attached to this letter is a proposed redacted version of the Opinion and Order for public filing, in connection with the Government's response.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s   Eli J. Mark
      Noah Solowiejczyk
      Eli J. Mark
      Assistant United States Attorneys
      (212) 637-2473/2431

cc: Steve Haney, Esq. (by email)
    Counsel for Defendant Christian Dawkins