

HANEY LAW GROUP, PLLC
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

June 14, 2023

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York  10007-1312

  Re: United States v Evans et al; Case Number:  17-cr-00684-ER
    Re: Christian Dawkins Proposed Travel Plans

Dear Judge Ramos:

My client, Christian Dawkins, is seeking permission for a blanket travel pass that will allow him to travel as needed for work and family purposes.  The Government has confirmed with Probation and the parties have no objection to this travel request.  The following are proposed dates for which we respectfully seek an Order from the Court:

- Travel from Atlanta, Georgia to Muskogee, Oklahoma upon approval of travel:
- June 14th-17th, 2023 - Muskogee Oklahoma - to Dallas TX via flight;
- June 17th - 18th, 2023 - Dallas TX - travel from Dallas to Washington DC via flight;
- June 18th -19th, 2023 - Washington DC - travel from Washington DC to NYC via train;
- June 20th - 21st, 2023 - New York City travel from NYC to Atlanta via flight;
- June 29th - July 1st, 2023 - Orlando FL - Return home to ATL via flight;
- July 3th - 5th, 2023 - from Atlanta to Sacramento CA via flight;
- July 6th -17th, 2023 - from Sacramento to Las Vegas NV via flight.

Flights and hotels will be booked upon approval of this Honorable Court.     Thank you for your consideration of this matter.

Very truly yours,
HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Esq

  cc: All Attorneys of Record - via respective emails
    Schuylar Guinn, Probation Officer via email:  Schuylar_Guinn@ganp.uscourts.gov