

HANEY LAW GROUP, PLLC
3000 Town Center, Ste. 2570
Southfield, Michigan  48075
(248) 414-1470
steve@haneygroup.net

August 1, 2023

The Honorable Edgardo Ramos
United States District Judge
500 Pearl Street, Courtroom 619
New York, New York  10007-1312

# MEMO ENDORSED

Re:     United States v Evans et al; Case Number:  17-cr-00684-ER
Re: Christian Dawkins; Standing Order for Travel

Dear Judge Ramos:

My client, Christian Dawkins, is seeking a Standing Order for Travel as it relates to Business and Family with notification directly to his Probation Officer, Mr. Guinn relative to any of the specifics related to such travel.

The Government has confirmed with Probation, and the parties have no objection to this Standing Order for Travel as it relates to Business and/or Family.   At all time relevant, Mr. Dawkins would be Ordered to notify his Probation Officer, Mr. Guinn as to the specifics related to his relevant travel plans.

Thank you for your consideration of this matter.

Very truly yours,
HANEY LAW GROUP, PLLC
/s/ Steven A. Haney
Steven A. Haney, Esq

cc:     All Attorneys of Record - via respective emails
        Schuylar Guinn, Probation Officer via email:  Schuylar_Guinn@ganp.uscourts.gov

---

The application that all future travel related to business and family be at the discretion of Probation is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:   8/1/2023
New York, New York